# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| DANIELLE LENISE BROWN | ) | INDICTMENT NO. CR412 083 |

## ORDER

Before the Court are two Motions for Reconsideration 18 U.S.C. § 3742(e) Post-Sentencing Rehabilitation Programing (Docs. 44 and 45) filed by Brown on the same date. On December 19, 2012, Brown was sentenced to a term of 63 months of confinement. Brown requests a reduction in her sentence based on post-sentencing rehabilitation. "The authority of a district court to modify an imprisonment sentence is narrowly limited by statute." United States v. Phillips, 597 F.3d 1190, 1194-95 (11th Cir. 2010); see also 18 U.S.C. § 3582(c). None of the statutory provisions apply to Brown; the Bureau of Prisons has not filed a motion asking for a reduction due to Brown's age and circumstances, see id. § 3582(c)(1)(A); the government has not filed a Rule 35 motion, see id. § 3582(c)(1)(B); and Brown's advisory guideline range has not been lowered by a retroactive amendment, see id. § 3582(c)(2). Finally, the 14-day time limit for any correction of the sentence due to the "arithmetical, technical, or other clear error," has also passed. Fed. R. Crim. P. 35(a).

Accordingly, Defendant's Motions for Reconsideration 18 U.S.C. § 3742(e) Post-Sentencing Rehabilitation Programing are DENIED.

SO ORDERED, this __11th__ day of February, 2015.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia